**Fill in this information to identify the case:**

Debtor 1: Paul N. Osborne

Debtor 2: Kimberly A. Osborne
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of KY
(State)

Case number: 20-32269-ACS

# Official Form 410S1
## Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of creditor:** Freedom Mortgage Corporation

**Court Claim no.** (if known) 32

**Last 4 digits of any number you use to identify the debtor's account:** 2170

**Date of payment change:**
Must be at least 21 days after date of this notice

November 1, 2021

**New total payment:**
Principal, interest, and escrow, if any

$1,757.16

### Part 1  Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

[ ] No
[x] Yes. Attach a copy of the escrow account statement prepared I a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $363.71       **New escrow payment:** $468.79

### Part 2  Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[x] No
[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why: _____

**Current interest rate:** _____ %       **New interest rate:** _____ %

**Current principal and interest payment:** $ _____       **New principal and interest payment:** $ _____

### Part 3  Other payment change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[x] No
[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*
Reason for change: _____

**Current mortgage payment:** $ _____       **New mortgage payment:** $ _____

Official Form 410S1       **Notice of Mortgage Payment Change**       page 1
246

Debtor1    Paul N. Osborne                                    Case number (if known)    20-32269-ACS
           First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief.**

X    /s/ Jessica S Owens                                Date    9/29/2021
     Signature

Print:    Jessica S Owens                               Title    Attorney for Creditor
          First Name    Middle Name    Last Name

Company    Doyle & Foutty, P.C.

Address    41 E. Washington St., Suite 400
           Number    Street

           Indianapolis              IN         46204
           City                      State      ZIP Code

Contact Phone    317-264-5000                   Email    bankruptcy@doylefoutty.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been served upon the following electronically or by first class, United States mail, postage prepaid or electronic mail, on the date of filing in the United States Bankruptcy Court:

Paul N. Osborne, 5806 Mt Everest Drive, Louisville, KY 40216
Matthew D. Owen, 5135 Dixie Highway, Suite 24, Louisville, KY 40216, Whitford13notice@gmail.com
Kimberly A. Osborne, 5806 Mt Everest Drive, Louisville, KY 40216
William W. Lawrence-13, 310 Republic Plaza, 200 S. Seventh Street, Louisville, KY 40202
Charles R. Merrill, Asst. U.S. Trustee, 601 West Broadway, #512, Louisville, KY 40202, ustpregion08.lo.ecf@usdoj.gov

                                                  By  /s/ Jessica S Owens
                                                  Attorneys for Freedom Mortgage Corporation
                                                  Doyle & Foutty, P.C.
                                                  41 E Washington Street, Suite 400
                                                  Indianapolis, IN 46204
                                                  Phone: (317) 264-5000
                                                  Fax: (317) 264-5400
                                                  Email: bankruptcy@doylefoutty.com

Maura E. Binder (KBA #93561)
S. Brent Potter (KBA #97980)
Jessica S. Owens (KBA #98676)
DOYLE & FOUTTY, P.C.
41 E Washington St., Suite 400
Indianapolis, IN 46204
Phone: 317-264-5000
Fax: 317-264-5400
Email: kylegal@doylefoutty.com


**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

| Account Information | |
|---|---|
| Loan Number: | |
| Property Address: | 5806 MT EVEREST DR LOUISVILLE KY 40216 |
| Statement Date: | 09/10/2021 |
| Current Payment Amount: | $1,652.08 |
| **New Payment Amount:** | **$1,757.16** |
| **New Payment Effective Date:** | **11/01/2021** |

PAUL NELSON OSBORNE
5806 MOUNT EVEREST DR
LOUISVILLE KY 40216-1857

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowners insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent analysis, you have a shortage of $815.94 in your escrow account. This shortage likely was caused by changes in your taxes and/or insurance. A shortage may also result if full monthly escrow payments have not been made to your account. To see these changes, refer to Part 2. We will automatically spread the shortage amount over 12 months of future monthly escrow payments.

| | |
|---|---|
| Projected Minimum Balance | $745.71 |
| - Required Minimum Balance | $801.60 |
| Shortage Amount | $815.94 |

The required minimum balance is also known as the escrow cushion. The required minimum balance or escrow cushion is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months. As escrow items are subject to change each year, the amounts in Part 3 are only estimates.

**PART 1**

## Your Mortgage Payment

Payment information beginning with your 11/01/2021 payment

The escrow shortage amount will automatically be spread over 12 months. Your new monthly payment will be $1,757.16.

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $1,288.37 | $1,288.37 |
| Escrow Payment: | $363.71 | $400.80 |
| Shortage Spread: | $0.00 | $67.99 |
| **Total Payment:** | **$1,652.08** | **$1,757.16** |

**NOTICE:** Freedom Mortgage Corporation is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

(This space intentionally left blank)

INTERNET REPRINT



## PART 2 — Your Escrow Account History

The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

### Previous Year's Projections (Estimated)

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $3,273.45 |
| Oct 2020 | $363.71 | $0.00 |  | $3,637.16 |
| Nov 2020 | $363.71 | $0.00 |  | $4,000.87 |
| Dec 2020 | $363.71 | $2,102.58 | COUNTY TAX | $2,262.00 |
| Jan 2021 | $363.71 | $0.00 |  | $2,625.71 |
| Feb 2021 | $363.71 | $2,262.00 | HOMEOWNERS | $727.42 |
| Mar 2021 | $363.71 | $0.00 |  | $1,091.13 |
| Apr 2021 | $363.71 | $0.00 |  | $1,454.84 |
| May 2021 | $363.71 | $0.00 |  | $1,818.55 |
| Jun 2021 | $363.71 | $0.00 |  | $2,182.26 |
| Jul 2021 | $363.71 | $0.00 |  | $2,545.97 |
| Aug 2021 | $363.71 | $0.00 |  | $2,909.68 |
| Sep 2021 | $363.71 | $0.00 |  | $3,273.39 |
| Total | $4,364.52 | $4,364.58 |  |  |

### Actual Activity

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
|  |  |  | Beginning Balance | $491.92 |
| Oct 2020 | $0.00 | $0.00 |  | $491.92 |
| Nov 2020 | $0.00 | $2,145.61 * | COUNTY TAX | ($1,653.69) |
| Dec 2020 | $0.00 | $0.00 |  | ($1,653.69) |
| Jan 2021 | $0.00 | $2,664.00 * | HOMEOWNERS | ($4,317.69) |
| Feb 2021 | $0.00 | $0.00 |  | ($4,317.69) |
| Mar 2021 | $0.00 | $0.00 |  | ($4,317.69) |
| Apr 2021 | $0.00 | $0.00 |  | ($4,317.69) |
| May 2021 | $0.00 | $0.00 |  | ($4,317.69) |
| Jun 2021 | $0.00 | $0.00 |  | ($4,317.69) |
| Jul 2021 | $0.00 | $0.00 |  | ($4,317.69) |
| Aug 2021 | $341.61 | $0.00 |  | ($3,976.08) |
| Sep 2021 | $0.00 | $0.00 | E | ($3,976.08) |
| Total | $341.61 | $4,809.61 |  |  |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on Escrow which is not estimated.

LOAN NUMBER: ▮▮▮▮▮▮

(This space intentionally left blank)

**FREEDOM MORTGAGE®**
PO BOX 50428
INDIANAPOLIS, IN 46250-0401

**Escrow Account Disclosure Statement**

| Account Information | Page 2 |
|---|---|
| Loan Number: | |
| Property Address: | 5806 MT EVEREST DR LOUISVILLE KY 40216 |
| Statement Date: | 09/10/2021 |
| Current Payment Amount: | $1,652.08 |
| New Payment Amount: | $1,757.16 |
| New Payment Effective Date: | 11/01/2021 |

PAUL NELSON OSBORNE
5806 MOUNT EVEREST DR
LOUISVILLE KY 40216-1857

## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---:|
| HOMEOWNERS | $2,664.00 |
| COUNTY TAX | $2,145.61 |
| **Total Disbursements** | **$4,809.61** |

Freedom expects to pay $4,809.61 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---:|
| Total Disbursements: | $4,809.61 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$400.80** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---:|---:|---|---:|---:|
| | | | Beginning Balance | $3,192.07 | $4,008.01 |
| Nov 2021 | $400.80 | $0.00 | | $3,592.87 | $4,408.81 |
| Dec 2021 | $400.80 | $2,145.61 | COUNTY TAX | $1,848.06 | $2,664.00 |
| Jan 2022 | $400.80 | $0.00 | | $2,248.86 | $3,064.80 |
| Feb 2022 | $400.80 | $2,664.00 | HOMEOWNERS | ($14.34) | $801.60 * |
| Mar 2022 | $400.80 | $0.00 | | $386.46 | $1,202.40 |
| Apr 2022 | $400.80 | $0.00 | | $787.26 | $1,603.20 |
| May 2022 | $400.80 | $0.00 | | $1,188.06 | $2,004.00 |
| Jun 2022 | $400.80 | $0.00 | | $1,588.86 | $2,404.80 |
| Jul 2022 | $400.80 | $0.00 | | $1,989.66 | $2,805.60 |
| Aug 2022 | $400.80 | $0.00 | | $2,390.46 | $3,206.40 |
| Sep 2022 | $400.80 | $0.00 | | $2,791.26 | $3,607.20 |
| Oct 2022 | $400.80 | $0.00 | | $3,192.06 | $4,008.00 |
| | $4,809.60 | $4,809.61 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

This escrow analysis statement has been issued as a routine loan servicing activity; however, because your loan has been placed on forbearance due to the COVID-19 National Emergency, this statement is being provided for informational purposes, only, and is not a request for payment. There is no action required from you at this time. Updated payment information and instructions will be provided to you at the end of your forbearance period.

## PART 4 — What This Means to You

Your escrow balance is less than the required minimum balance or cushion in your account. The resulting shortage is $815.94.

The Escrow shortage has been spread over 12 months. Including the shortage, your new total monthly payment will be $1,757.16.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

LOAN NUMBER: